CHAUNCEY ABBEY, Appellant, *v.* BRADFORD TABER et al., Appellants, et al., Respondents.

(Argued June 1, 1892; decided October 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 23, 1890, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*H. J. Swift* for appellants.

*Norris Morey* for respondents.

Agree to affirm; no opinion.
All concur, except HAIGHT, J., not voting.
Judgment affirmed.